## BABCOCK V. JANES.

A case being publicly called on the first day of the term, and no appearance of the parties, it cannot be afterwards revived, but by consent of both parties.

ERROR from the Court of Common Pleas. Janes brought his action of trespass against Babcock, to the Court of Common Pleas, which was regularly entered in the docket of the court; — and on the first day of the term, at the calling of the actions, this case was three times publicly called, but neither party appeared; — so the action was called out of the docket.—Afterwards, on the second day of the term, at the opening in the afternoon, the plaintiff appeared, and moved for a revival of the action, without the knowledge or consent of the defendant; which was granted by the court, and the case opened for further proceeding.— The defendant being informed of the order of court, appeared, and protested against the determination, and lodged his bill of exceptions on file, certified by the judge.— Judgment was afterwards rendered against him upon *nihil dicit*. In this judgment several errors were complained of; but on the point stated in the bill of exceptions, the judgment was reversed.

By the whole COURT. The parties being three times publicly called on the first day of the court's sitting, and not appearing, the action was discontinued, and could not be revived on the next day, consistent with the statute, in such case provided, without the consent of both parties.